FILED - GR
November 21, 2023 3:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: JW / 11-22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PAUL ADRIAN HEISELMAN,

Defendant.
_____/

1:23-cr-143
Hala Y. Jarbou
Chief U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

(Possession of Child Pornography)

Between on or about November 30, 2022, and on or about December 12, 2022, in Ingham County, in the Southern Division of the Western District of Michigan and elsewhere,

**PAUL ADRIAN HEISELMAN**

knowingly possessed material that contained a video of child pornography, which video had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B), (b)(2)

MARK A. TOTTEN
United States Attorney

Date: November 21, 2023

DAVIN M. REUST
Assistant United States Attorney