# UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. PAUL ADRIAN HEISELMAN | | DISTRICT JUDGE: Hala Y. Jarbou |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:23-cr-143 | 4/10/2024 | 1:02 PM – 1:45 PM | Lansing | N/A |

### APPEARANCES

| Government: Davin Maitland Reust | Defendant: Robert Scott Mullen | Counsel Designation: Retained |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☐ Arraignment: <br>   __ mute     __ nolo contendre <br>   __ not guilty   __ guilty <br> ☐ Final Pretrial Conference <br> ☐ Detention     (waived __) <br> ☐ Motion Hearing <br> ☐ Revocation/SRV/PV <br> ☐ Bond Violation <br> ☐ Change of Plea <br> ☒ Sentencing <br> ☐ Trial <br> ☐ Other: ____ | ☐ Defendant's Rights <br> ☐ Waiver of Indictment <br> ☐ Other: ____ <br><br> Court to Issue: <br> ☐ Order of Detention <br> ☐ Notice of Sentencing <br> ☐ Order Appointing Counsel <br> ☐ Other: ____ | Charging Document: <br>   ☐ Read    ☐ Reading Waived <br> Guilty Plea to Count(s) ____ <br> of the ____ <br> Count(s) to be dismissed at sentencing: ____ <br><br> ☐ Presentence Report Ordered <br> ☐ Presentence Report Waived <br> ☐ Plea Accepted by the Court <br> ☐ Plea Taken under Advisement <br> ☐ No Written Plea Agreement |

### SENTENCING

| | |
|---|---|
| Imprisonment: 41 months <br> Probation: N/A <br> Supervised Release: 5 years <br> Fine: $ 1,000.00 <br> Restitution: $ none <br> Special Assessment: $ 100.00 | Plea Agreement Accepted: ☒ Yes ☐ No <br> Defendant informed of right to appeal: ☒ Yes ☐ No <br> Counsel informed of obligation to file appeal: ☒ Yes ☐ No <br> Conviction Information: <br>   Date: 12/13/2023 <br>   By: Plea <br>   As to Count (s): 1 of the Information |

**ADDITIONAL INFORMATION:**
JVTA Assessment: $5,000.00.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Trisha Cameron | **Case Manager:** B. Sauve |